IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAURY KING,                             *

    v.                                      *       CIVIL ACTION NO. WMN-10-1763

SEMINOLE AVE. [1]                       *
                                    ..oOo..

**<u>MEMORANDUM</u>**

The Court is in receipt of Maury King's *pro se* complaint. Plaintiff's complaint is not a model of clarity and is difficult to read. As best the Court can discern, King sues "Seminole Ave" and asks that this Court investigate everyone who knows about he and his wife. ECF No. 1. Along with his complaint, Plaintiff has filed a motion for leave to proceed in forma pauperis. ECF No. 2. Because Plaintiff appears indigent, his motion shall be granted pursuant to 28 U.S.C. § 1915(a).

A complaint that is totally implausible or frivolous may be dismissed *sua sponte* for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P 12 (b)(1). *See Apple v. Glenn*, 183 F.3d 477 (6th Cir. 1999); *O'Connor v. United States*, 159 F.R.D. 22 (D. Md. 1994); *see also Crowley Cutlery Co. v. United States*, 849 F.2d 273, 277 (7th Cir. 1988) (federal district judge has authority to dismiss a frivolous suit on his own initiative). Accordingly, this complaint is dismissed for lack of subject matter jurisdiction. A separate order follows.

| | |
|---|---|
|  May 18, 2011  | /s/ |
| Date | William M. Nickerson |
| | Senior United States District Judge |

---

[1] The Clerk shall be directed to amend the docket to reflect the correct spelling of Defendant's name.